UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-cv-60064-CANNON/VALLE

JOSEPH KING, on behalf of himself and all
others similarly situated,

       Plaintiff,

v.

PREMIER FIRE ALARMS & INTEGRATION
SYSTEM, INSTALLATION DIVISION, INC.,
a Florida Corporation, and MATTHEW HAIMAN,
individually,

       Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff hereby submits this Notice of Settlement with Defendants, and anticipates having the settlement papers completed and dismissal stipulation filed with the Court within ten (10) days.

Respectfully submitted on December 4, 2021.

       Law Offices of Levy & Levy, P.A.
       1000 Sawgrass Corporate Parkway, Suite 588
       Sunrise, Florida  33323
       Telephone: (954) 763-5722
       Facsimile: (954) 763-5723
       Email: chad@levylevylaw.com
       Service Email: assistant@levylevylaw.com
       *Counsel for Plaintiff*

       *s/Chad Levy*
       CHAD E. LEVY, ESQ.
       F.B.N.: 0851701

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 4, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ *Chad E. Levy*_____
CHAD E. LEVY

## SERVICE LIST

Adi Amit, Esquire
Email: adi@DefenderOfBusiness.com
ADI AMIT, P.A.
101 Centre
101 NE Third Avenue, Suite 300
Fort Lauderdale, Florida 33301
Phone: (954) 533-5922
*Attorneys for Defendants*