UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 20-60064-CIV-CANNON/Hunt

**JOSEPH KING**,

    Plaintiff,

v.

**PREMIER FIRE ALARMS & INTEGRATION
SYSTEM, INSTALLATION DIVISION, INC.** and
**MATTHEW HAIMAN**,

    Defendants.
_____/

**ORDER APPROVING FLSA SETTLEMENT
AND DISMISSING CASE WITH PREJUDICE**

**THIS CAUSE** comes before the Court upon the parties' Corrected Settlement Agreement (the "Agreement") [ECF Nos. 117-1 and 117-2], filed on December 23, 2021. The parties have settled this case, filed under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, and seek the Court's approval of their Settlement Agreement [ECF Nos. 117-1 and 117-2]. After carefully considering the Settlement Agreement, the record, and applicable law, the Court finds that the proposed settlement of this case is a fair and reasonable resolution of a bona fide dispute over the FLSA's provisions, and that the requested fees are fair, reasonable and not grossly excessive. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Settlement Agreement [ECF Nos. 117-1 and 117-2] between Plaintiff, Joseph King, and Defendants, Premier Fire Alarms & Integration System, Installation Division, Inc. and Matthew Haiman, which has been duly filed with the Court, is **APPROVED**.

2. This case is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys'

CASE NO. 20-60064-CIV-CANNON/Hunt

fees and costs, except as otherwise agreed to by the parties.

3. The Court retains jurisdiction to enforce the terms of the settlement agreement.

4. All pending motions are **DENIED AS MOOT**.

5. The Clerk of Court shall **CLOSE** this case, **although the parties are reminded of their obligation per the Court's December 9, 2021 Order assessing juror costs of $2,223.19 [ECF No. 114]. Such costs shall be divided equally between the parties and paid by check to "U.S. Courts" no later than January 12, 2022** [ECF No. 114].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 28th day of December 2021.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record